UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMANUEL SALVADOR GARCIA,

      Petitioner,

    v.

                                  Case No. 2:26-cv-1350-KCD-DNF

MIAMI FIELD OFFICE
DIRECTOR FOR U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

      Respondents.

_____/

## **ORDER**

Petitioner Emanuel Salvador Garcia is a citizen of Mexico currently detained by U.S. Immigration and Customs Enforcement ("ICE"). He asks this Court to release him, arguing that his detention without a bond hearing violates the Immigration and Nationality Act and the Fifth Amendment. (Docs. 1.)[1] As for relief, he seeks immediate release from custody or, alternatively, a bond hearing under 8 U.S.C. § 1226(a). (Doc. 1 at 14.)

Since filing the petition, an immigration judge granted Garcia a $10,000 bond, and he waived his right to appeal that order. (Doc. 8-1 at 11-12.) Given these developments, the Government argues that the case is now moot and can be dismissed. (Doc. 8.) The Court agrees, and here is why.

---

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

Article III of the Constitution limits federal courts to resolving actual, ongoing controversies. We do not issue advisory opinions, and we do not keep cases on the docket when the underlying dispute has evaporated. *See Al Najjar v. Ashcroft*, 273 F.3d 1330, 1335 (11th Cir. 2001). When Garcia filed his petition, his only grievance was that he had been locked up with no mechanism for release. (Doc. 1.) The Government has since afforded Garcia the very opportunity to contest his detention that he asked this Court to provide. (Doc. 8-1.) He has thus received process, and his request was granted.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** for lack of subject matter jurisdiction. The Clerk of Court is directed to enter judgment, terminate any pending motions, and **CLOSE** this case.

**ORDERED** in Fort Myers, Florida on May 21, 2026.

Kyle C. Dudek
United States District Judge

2